UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-v-

JOHN DOE, subscriber assigned IP address 104.246.5.145,

                Defendant.

No. 18-CV-12177 (KMK)

ORDER TO SHOW CAUSE

KENNETH M. KARAS, District Judge:

      Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), a Delaware corporation, brings this Action against John Doe subscriber assigned IP address 104.246.5.145 ("Defendant"). (*See* Compl. ¶¶ 11–12 (Dkt. No. 1).) Plaintiff filed its Complaint in the Southern District of New York seeking damages for copyright infringements under the Copyright Act, 17 U.S.C. §§ 101 et seq. (*Id.* ¶¶ 3–6.) Plaintiff alleges that this "Court has personal jurisdiction over Defendant because Defendant because used an [IP address] traced to a physical address located within this District." (*Id.* ¶ 8.) At the time of filing, Plaintiff's counsel designated on the civil cover sheet that the case should be assigned to White Plains and listed Defendant's address as "Westchester." (*See* Dkt. No. 2.) Plaintiff's Complaint, however, does not state that Defendant's IP address was traced to Westchester, nor does it allege that any of the Parties reside in the Northern Counties or that any of the complained of conduct took place in the Northern Counties. (*See* generally Compl.)

      Plaintiff has failed to state why this case should be designated to White Plains pursuant to Rule 18 of the Local Rules of the U.S. District Court for the Southern District of New York.

Accordingly, Plaintiff is hereby ORDERED to show cause by January 10, 2019, why this Court should not have this case reassigned to Manhattan pursuant to Local Rules 18 and 19.

SO ORDERED.

DATED:     January 3, 2019
              White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE