**Exhibit A to the Complaint**

**Location:** Baldwin Place, NY  **IP Address:** 104.246.5.145
**Total Works Infringed:** 53  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | Vixen | 11/19/2018 16:14:41 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 2 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 17:20:53 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 3 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 08/03/2018 14:48:10 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 4 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/18/2018 13:54:31 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 5 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 05/31/2018 15:05:01 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 6 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 07/06/2018 17:45:28 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 7 | 2FEC8449E0AD4AC8507B392FBA4BE04DDA097EA1 | Tushy | 07/16/2018 15:06:43 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 8 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | Blacked Raw | 11/09/2018 17:07:52 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 9 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 08/03/2018 14:51:49 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 10 | 3A8F5DDE96360B6473920F8C1F87FFE982D094FD | Vixen | 10/26/2018 12:46:55 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 11 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 10/10/2018 14:41:59 | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 12 | 3EC8B182DD17991627527C1734BE70E73767F71D | Vixen | 11/01/2018 18:01:05 | 10/31/2018 | 12/09/2018 | 17210345436 |
| 13 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/31/2018 15:04:34 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 14 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/03/2018 14:50:30 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 15 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 06/26/2018 14:00:31 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 16 | 500B63B48695E508DABCCE0BC2760EA43C961115 | Vixen | 09/15/2018 16:45:48 | 09/14/2018 | 11/01/2018 | PA0002143437 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 59E3177605E126975D3EFD1D354C228B7D3751BA | Blacked | 07/16/2018 15:03:37 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 18 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/26/2018 13:49:44 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 19 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 10/05/2018 16:03:20 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 20 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | Blacked | 10/05/2018 16:09:39 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 21 | 64D40092B3D528552372E59E9627B7D57E83B443 | Tushy | 09/15/2018 16:54:40 | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 22 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/06/2018 17:38:12 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 23 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/09/2018 17:05:02 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 24 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | Vixen | 06/26/2018 13:46:41 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 25 | 7ADD0E09EEEF892982208191A8808453A1480C84 | Tushy | 11/01/2018 18:01:26 | 10/28/2018 | 12/09/2018 | 17210310513 |
| 26 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 10/26/2018 12:50:53 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 27 | 81A0FA700BD0F538231051D57102ED3BBA302456 | Blacked | 10/05/2018 16:11:11 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 28 | 8AEA27202C47B378BF48659CC2938DB8691054EF | Tushy | 08/03/2018 14:48:19 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 29 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | Blacked Raw | 10/10/2018 14:39:06 | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 30 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 09/21/2018 14:58:29 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 31 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | Tushy | 11/19/2018 16:12:41 | 11/12/2018 | 12/09/2018 | 17210310463 |
| 32 | A1DCE8522CD19C6338A6B7B7634672CADE4A1E61 | Vixen | 10/05/2018 16:05:28 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 33 | A557EDF2332885E53217D1CE69239C6C4FDCEBD1 | Vixen | 07/16/2018 15:00:45 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 34 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | Blacked Raw | 09/21/2018 14:56:58 | 09/19/2018 | 11/01/2018 | PA0002143420 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/10/2018 14:41:01 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 36 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | Blacked Raw | 05/18/2018 13:52:31 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 37 | B010B76E07A12376DD21900DD7206BFF8A020A90 | Tushy | 10/05/2018 16:03:40 | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 38 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 09/15/2018 16:53:33 | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 39 | B0CE169D460B3E10FDC06D60342FA7FD5FBE531B | Blacked Raw | 11/19/2018 16:14:33 | 11/13/2018 | 12/09/2018 | 17210230923 |
| 40 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | Tushy | 10/26/2018 12:46:56 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 41 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 10/05/2018 16:04:37 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 42 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/07/2018 16:18:56 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 43 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 10/05/2018 16:09:42 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 44 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 06/26/2018 13:52:51 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 45 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | Tushy | 05/31/2018 15:09:33 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 46 | D9261D3722C161272619A45A80E6F849B0BC63B5 | Blacked Raw | 11/19/2018 16:18:44 | 11/18/2018 | 12/09/2018 | 17210230873 |
| 47 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 05/18/2018 13:55:09 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 48 | E429ECEA3CC731EE2C160A6E4D77991FECDF8897 | Blacked | 11/19/2018 16:13:40 | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 49 | E8FDE02B470854F96FE03570C920B30F274A14E2 | Tushy | 08/25/2018 13:48:39 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 50 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | Vixen | 06/26/2018 13:46:43 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 51 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 08/03/2018 14:48:18 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 52 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 08/03/2018 14:51:31 | 07/29/2018 | 09/05/2018 | PA0002135679 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | F94FE204219506CBCA0597C7F0E58A308EF426B3 | Blacked | 11/09/2018 17:08:39 | 11/06/2018 | 11/25/2018 | PA0002136603 |